James J. Salmon, Respondent, v. Kate Salmon, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Rosemary W. Patterson, Appellant, v. Roger W. Patterson, Respondent. (Appeal No. 2.) — Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted to the extent of permitting plaintiff to serve a supplemental complaint in the form proposed within five days after service of order with notice of entry; and directing the defendant to pay to the plaintiff the sum of twenty-five dollars per week for her maintenance and support from July 3, 1936, and during the pendency of the action; and by directing the defendant to pay to the plaintiff the sum of $125 as an additional counsel fee herein. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Rosemary W. Patterson, Respondent, v. Roger W. Patterson, Appellant. (Appeal No. 1.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Ole Lorensen and Others, Appellants, for an Order of Mandamus against James E. Finegan, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley Untermyer, Dore and Cohn, JJ.

Dorothy Leventhal, Respondent, v. Leon Leventhal, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her maintenance and support and the support, maintenance and education of the infant children to the sum of thirty dollars per week from July 31, 1936, and during the pendency of the action; and the amount of counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Robert F. Bonsall, Respondent, v. Remington Rand, Inc., Appellant, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to a motion to examine Stanley Rand as a witness. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the General Indemnity Corporation of America. (Claim Nos. 26-RI-1; 26-RI-2; 26-RI-6; 26-RI-9; 26-RI-12; Claim Nos. 26-RI-3; 26-RI-5.) Capital Fire Insurance Company, Claimant, Appellant; Superintendent of Insurance, as Liquidator, etc., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Petition of Frances R. Grant and Others, Respondents, to Set Aside the Election of Sidney Newberger and Others, as Trustees of Master Institute of United Arts, Inc., Appellants.— Order unanimously modified by increasing the amount of the bond from $1,000 to $5,000, and as so modified